**THE HARMAN FIRM, PC**
Attorneys & Counselors At Law
www.theharmanfirm.com

December 4, 2014

**Via ECF and Facsimile [718-613-2365]**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   Fernandez v. Woodhull Medical and Mental Health Center, et al.;
             Case No. 14 Civ. 4191 (MKB) (CLP)

Dear Judge Pollak:

      The Harman Firm, PC represents plaintiff in the above-referenced action. Donna Canfield, Assistant Corporation Counsel of the City of New York, represents defendants.

      This joint letter is written to request an adjournment of the conference in the above-referenced action (currently scheduled for December 10, 2014 at 10:00am) to a date during the week of January 12-16, 2015, or such other date as the Court shall order.

      In addition, the parties respectfully request that the date to serve responses to initial discovery demands (currently December 5, 2014) be extended to December 19, 2014.

      The foregoing constitutes the parties' first request for an adjournment.

      Based upon the foregoing, it is respectfully submitted that the status conference be adjourned to a date during the week of January 12-16, 2015, or such other date as ordered by the Court, and that the deadline for the parties to submit responses to the discovery demands be extended to December 19, 2014.

      Thank you for your consideration.

                                            Respectfully submitted,

*[signature: Ronnie L. Silverberg]*                 *[signature: Donna Canfield/rs]*

Ronnie L. Silverberg                          Donna Canfield
rsilverberg@theharmanfirm.com       The City of New York Law Department
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 356-2461
                                                dcanfiel@law.nyc.gov