US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 2/8/16
                                              TIME SPENT: _____

DOCKET NO. __14 CV 4191__

CASE: __Fernandez v Woodhull__

____ INITIAL CONFERENCE           ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE         ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE        ____ TELEPHONE CONFERENCE
____ MOTION HEARING               ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED                    ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: By 2/12 def to provide last known addresses for Harper & Cavanaugh. Pl to issue subpoenas. By 2/12 parties to submit joint letter setting dates for depositions to be completed prior to end of March. Conference 4/6 at 1030