**THE HARMAN FIRM, LLP**
Attorneys & Counselors At Law
www.theharmanfirm.com

April 6, 2016

**VIA ECF and FACSIMILE [718-613-2365]**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Fernandez v. Woodhull Medical and Mental Health Center, et al.;
Case No. 14 Civ. 4191 (MKB) (CLP)

Dear Judge Pollak:

This firm represents the Plaintiff in the above-referenced action. We write to apologize for missing this morning's scheduled telephone status conference in the above-referenced action; an administrative error in our office resulted in the conference being left off our calendar. We respectfully request that the Court reschedule the conference at the Court's earliest convenience.

Since the last conference, Defendants have deposed the Plaintiff, and Plaintiff have deposed two of Defendants' witnesses, Vincent Mulvihill and Maire Kavanagh. Plaintiff is in communication with the attorney for a third witness, Matrid Harper, and is arranging a time for her deposition. Plaintiff awaits Defendants' identification of a specific Human Resources employee for deposition.

We sincerely apologize for any inconvenience caused.

Respectfully submitted,

Owen H. Laird

cc: Donna A. Canfield, Esq. [Via ECF]

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600  F 212 202 3926