

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DONNA A. CANFIELD
*Assistant Corporation Counsel*
Phone: (212) 356-2461
Fax: (212) 356-2438
dcanfiel@law.nyc.gov

April 7, 2016

**VIA ECF AND FACSIMILE: 718-613-2365**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza, Room 1230
Brooklyn, New York 11201

> Re: Hector Fernandez v. Woodhull Medical and Mental Health Center, et al.
> Civil Case Number: 14 Civ. 4191 (MKB-CLP)
> Law Dept. No: 2014-027084-LE

Dear Judge Pollak:

      I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced litigation. I write on behalf of defendants to apologize for missing yesterday morning's scheduled telephone conference. Due to law office error, the April 6, 2016 conference was not properly calendared.

      Defendants concur with plaintiff's status update to the Court, provided by letter dated April 6, 2016.

      Defendants sincerely apologize for any inconvenience caused by the parties' absence at yesterday's conference.

Respectfully submitted,

Donna A. Canfield
Assistant Corporation Counsel
dcanfiel@law.nyc.gov

cc: Owen H. Laird (by ECF)