US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 4/20/16

TIME SPENT: _____

DOCKET NO. 14 cv 4191

CASE: Fernandez v Woodhull

___ INITIAL CONFERENCE               ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE             ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE            ✓ TELEPHONE CONFERENCE
___ MOTION HEARING                   ___ ORAL ARGUMENT

MANDATORY DISCLOSURE:

___ COMPLETED                    ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Parties to complete outstanding depositions.

Settlement conf. 6/16 at 2:00